*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 23, 2015                    519141
_____

In the Matter of CHARLES
    WILLIAMS,
                        Petitioner,

            v                              MEMORANDUM AND JUDGMENT

THOMAS LAVALLEY, as
    Superintendent of Clinton
    Correctional Facility,
                        Respondent.
_____

Calendar Date:  February 24, 2015

Before:  Peters, P.J., Garry, Rose and Clark, JJ.

_____


        Charles Williams, Dannemora, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

_____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Clinton County)
to review a determination of respondent which found petitioner
guilty of violating a prison disciplinary rule.

        Determination confirmed.  No opinion.

        Peters, P.J., Garry, Rose and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court